# United States District Court

## — DISTRICT OF ARIZONA —

United States of America

     v.

**Randall James VEIT**
        Defendant.

CRIMINAL COMPLAINT

CASE NUMBER: 07—6265m

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

## Count 1

On November 03, 2006, in the District of Arizona, the defendant, Randall VEIT, did operate a commercial waterfowl guiding operation on Bureau of Land Management (BLM) property without first obtaining a Special Recreation Permit as required by law in violation of Title 43, U.S.C., §§ 1731-1740; and 43 C.F.R., 2932.14 (b)

## Count 2

On November 03, 2006, in the District of Arizona, the defendant, Randall VEIT, without being permitted to do so by regulation as required by law, did gift a migratory game bird, to wit: one (1) American Wigeon (*Anas americana*), that was not tagged as required by law in violation of the Migratory Bird Treaty Act, Title 16, U.S.C., §§ 703 and 707(a); and 50 C.F.R., 20.40.

**Count 3**

On January 23, 2007, in the District of Arizona, the defendant, Randall VEIT, did operate a commercial waterfowl guiding operation on Bureau of Land Management (BLM) property without first obtaining a Special Recreation Permit as required by law in violation of Title 43, U.S.C., §§ 1731- 1740; and 43 C.F.R., 2932.14 (b)

**Count 4**

On January 23, 2007, in the District of Arizona, the defendant, Randall VEIT, without being permitted to do so by regulation as required by law, did attempt to take a migratory bird for which there is no open season; to wit, one (1) Long-billed Dowitcher (*Limnodromus scolopaceus*), without being permitted to do so, in violation of the Migratory Bird Treaty Act, Title 16, U.S.C., §§ 703 and 707(a).

**Count 5**

On January 23, 2007, in the District of Arizona, the defendant, Randall VEIT, without being permitted to do so by regulation as required by law, did attempt to take a migratory bird for which there is no open season; to wit, one (1) Long-billed Dowitcher (*Limnodromus scolopaceus*), without being permitted to do so, in violation of the Migratory Bird Treaty Act, Title 16, U.S.C., §§ 703 and 707(a).

## Count 6

On January 23, 2007, in the District of Arizona, the defendant, Randall VEIT, without being permitted to do so by regulation as required by law, did attempt to take migratory game birds, to wit; Ducks (*Anas spp.*), with a motor vehicle in violation of the Migratory Bird Treaty Act, Title 16, U.S.C., §§ 703 and 707(a); and 50 C.F.R., 20.21(h).

## Count 7

On January 23, 2007, in the District of Arizona, the defendant, Randall VEIT, without being permitted to do so by regulation as required by law, did take a migratory game bird, to wit; one (1) American Coot (*Fulica americana*), with a motor vehicle in violation of the Migratory Bird Treaty Act, Title 16, U.S.C., §§ 703 and 707(a); and 50 C.F.R., 20.21(d).

## Count 8

On January 23, 2007, in the District of Arizona, the defendant, Randall VEIT, without being permitted to do so by regulation as required by law, did gift a migratory game bird, to wit: one (1) American Coot (*Fulica americana*), that was not tagged as required by law in violation of the Migratory Bird Treaty Act, Title 16, U.S.C., §§ 703 and 707(a); and 50 C.F.R., 20.40.

I further state that I am a special agent and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

Continued on the attached sheet and made a part hereof:   __X__ Yes        _____ No

AUTHORIZED BY: Assistant United States Attorney **Mark Brnovich**

Curtis Bryant, Special Agent
Complainant's Name & Title

Signature of Complainant

Sworn to before me and subscribed in my presence,

October 12, 2007                    at Phoenix, AZ
Date

David K. Ducan
United States Magistrate Judge

Signature of Judicial Officer

4

## STATEMENT OF PROBABLE CAUSE

I, **Special Agent Curtis Bryant**, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (SA) of the United States Fish and Wildlife Service (FWS),

Office of Law Enforcement (OLE), which is part of the U.S. Department of the Interior. I

have been employed as a Special Agent for three years and I am currently assigned to the

Mesa, Arizona field office. Prior to employment with the FWS OLE, I was employed for

six years with the National Park Service in the capacity of Park Ranger and one and a half

years with FWS Office of Refuges in the capacity of a Refuge Officer. I have

participated in numerous state and federal investigations, either as a case agent or in

various support roles. I have a Bachelor of Science Degree in Outdoor Recreation and

Park Management from the University of Southern Mississippi.

### SUMMARY OF RELEVANT FEDERAL LAWS

2. The FWS has jurisdiction to enforce the Migratory Bird Treaty Act (MBTA), Title 16,

United States Code, Sections 703—712. The MBTA states, in part, that it shall be

unlawful at any time, by any means or in any manner, to pursue, hunt, take, capture, kill,

attempt to take, capture, or kill, possess, offer for sale, sell, offer to barter, barter, offer to

purchase, purchase, deliver for shipment, ship, export, import, cause to be shipped,

5

exported, or imported, deliver for transportation, transport or cause to be transported, carry or cause to be carried, or receive for shipment, transportation, carriage, or export, any migratory bird, any part, nest, or egg of any such bird, or any product, whether or not manufactured, which consists, or is composed in whole or part, of any such bird or any part, nest, or egg thereof, except as allowed by regulation. A list of all the federally protected migratory birds, which includes the Long-billed Dowitcher (*Limnodromus scolopaceus*), American Coot (*Fulica americana*) and various species of Ducks (*Anas spp.*), can be found in 50 C.F.R. Part 10.13.

3. The Secretary of the Interior has jurisdiction to enforce Title 43, United States Code, Sections 1731-1740. This states, in part, that in managing public lands, the Secretary shall, subject to this Act and other applicable laws and under such terms and conditions with such law, regulate permits, leases, licenses, publish rules, or other instruments as the Secretary deems appropriate for the use or occupancy of the public lands.

4. 50 C.F.R. § 20.21 (d), Motorized vehicle. No person shall take migratory game birds from or by means, aid, or use of any motor vehicle, motor-driven land conveyance, or aircraft of any kind, except that paraplegics and persons missing one or both legs may take from any stationary motor vehicle or stationary motor –driven land conveyance. (The regulation restricting the use of motor vehicles to take migratory birds was posted in the

6

2006- 2007 Arizona Waterfowl and Snipe Regulations brochure available at license retailers and online at the Arizona Game and Fish Website. The regulation may also be found on the U.S. Fish and Wildlife Service Website).

5. 50 C.F.R. § 20.21 (h), Rallying.  No person shall take migratory game birds from or by means, aid, or use of any motor vehicle, motor-driven land, water or air conveyance, or any sailboat used for the purpose of or resulting in the concentrating, driving rallying or stirring up of any migratory bird. (The regulation restricting the use of motor vehicles to take migratory birds was posted in the 2006- 2007 Arizona Waterfowl and Snipe Regulations brochure available at license retailers and online at the Arizona Game and Fish Website. The regulation may also be found on the U.S. Fish and Wildlife Service Website).

6. 50 C.F.R. § 20.40, Gift of migratory game birds.  No person may receive, possess, or give to another, any freshly killed migratory game birds as a gift, except at the personal abodes of the donor or donee, unless such bird have a tag attached, signed by the hunter who took the birds, stating such hunter's address, the total number and species of birds and the date such birds were taken. (The regulation defining the tagging and gifting of migratory birds was posted in the 2006- 2007 Arizona Waterfowl and Snipe Regulations brochure available at license retailers and online at the Arizona Game and Fish Website.

7

The regulation may also be found on the U.S. Fish and Wildlife Service Website).

7.  43 C.F.R. § 2932.14 (b), Special Use Permits.  Outfitters and guides providing services to hunters, trappers or anglers must obtain Special Recreation Permits from BLM.

## PROBABLE CAUSE

### November 03, 2006, Waterfowl hunt

8.  On November 03, 2006, Special Agent (SA) Jim Ashburner and I participated in a Covert waterfowl hunt with commercial waterfowl guide Randy VEIT. VEIT is the owner and sole operator of Desert Wings Guide Service. The hunt took place along the Gila River, Maricopa County, Arizona. During the hunt, VEIT stated that he mainly guides on the Gila River; however, sometimes he guides hunts (waterfowl) around the Show Low, Arizona, area.

9.  At approximately 5:50 a.m., we arrived at the Glisepe Dam area which is located on Bureau of Land Management (BLM) property. VIET lead us to a spot about one-half (1/2) mile north of the dam. VEIT placed several duck decoys in the river and began to call for ducks.

8

10. At approximately 9:20 a.m., VEIT, SA Ashburner and I managed to shoot several ducks from the rear pond at Arlington Wildlife Management Area (WMA). SA Ashburner harvested one (1) Green –winged Teal (*Anas crecca*), I harvested one (1) Green –winged teal and one (1) Mallard (*Anas platyrhynchos*). VEIT harvested one (1) American Wigeon (*Anas americana.*)  After harvesting the ducks, we departed the WMA at approximately 10:00 a.m.

11. At approximately 1:30 p.m., VEIT, SA Ashburner and I arrived back at Sportsman's Warehouse in Goodyear. I paid VEIT $500.00 with Chase Money Order #804722753 and tipped him $40.00 in cash. VEIT stated that he would mail me receipt for the hunt.

12. Before departing, VEIT gave me the American Wigeon that he had harvested as a gift. VEIT failed to tag the waterfowl as required by law. (50 C.F.R. § 20.40)

13. During the hunt, SA Ashburner and I observed and documented multiple Arizona Game and Fish (AZGF) violations. These violations were turned over to the AZGF Covert Operations Unit (COU). AZGF requested that I participate in an additional covert hunt with VEIT and a member of the COU.

**January 23, 2007, Waterfowl hunt**

14. On January 23, 2007, AZGF State Investigator (SI) Rick Peebles and I participated in a Covert waterfowl hunt with commercial waterfowl guide Randy VEIT. The hunt took place in Maricopa County, Arizona. While enroute to the hunting area, VEIT stated that since our (VEIT and I) previous hunt, he (VEIT) had been guiding commercial goose hunts in Texas.

15. At approximately 10:40 a.m., VEIT drove us to a stock tank (pond) located off the Aqua Caliente Road on Bureau of Land Management (BLM) property. We all attempted to shoot at a flock of Green-winged teal (*Anas crecca*); however, the flock flushed before any shots could be fired. We then departed the area enroute to the Arlington WMA.

16. At approximately 11:25 a.m., we arrived at Arlington WMA. VEIT directed us to quietly approach the rear pond and shoot any ducks that flush. When we neared the back pond, a small flock of ducks flew away. VEIT yelled and threw his shotgun onto the ground.  With SI Peebles and I watching, VEIT retrieved his shotgun and fired one (1) shot wounding a Long-billed Dowitcher (*Limnodromus scolopaceus*) that was wading in the pond ( The Dowitcher is protected under the MBTA, Title 16, United States Code, Sections 703—712). VEIT then sent his dog to retrieve the bird. The Dowitcher was able

10

to fly away; however, I observed the bird bleeding profusely as it flew.

17.  VEIT then drove us north approximately two (2) miles north to an area VEIT called the "Silver Tank pond." At this location, VEIT fired one shot at a Long-billed Dowitcher (the Dowitcher is protected under the MBTA, Title 16, United States Code, Sections 703—712) wading along the pond's edge.  The shot missed and the Dowitcher flew towards VEIT. He then fired an additional round, which also missed. At approximately12:00 p.m., we departed the area in search of other ducks.

18.  Approximately one-half (½) mile east of the intersection of Lower River Road and 307th Avenue, VEIT observed a large number of mallards feeding in a field. The field was located adjacent to two (2) small ponds and two (2) residences. VEIT asked us if we thought the birds were within a quarter-mile (¼) of the houses. SI Peebles stated that he believed the ducks were too close to the houses to shoot.  VEIT stated that there were too many ducks not to try (to kill) and that it would not take long.

19.  VEIT stopped the vehicle on Lower River Road and directed SI Peebles and I to sneak down the levee and hide.  SI Peebles and I complied with VEIT's directions. VEIT then drove his truck around the pond in an attempt to push the ducks toward us; however, the ducks flared before we could attempt to shoot (The use of a motor vehicle to rally or

drive ducks towards hunters is prohibited by 50 C.F.R. § 20.21 (h)). VEIT then drove over and retrieved us from our location.

20.  At approximately 1:10 p.m., we returned to the waste water pond off Palo Verde Road, where the morning's hunt had begun. While driving east along a canal, at approximately 30-35 miles per hour, VEIT placed his shotgun out the driver's side window and fired one (1) round killing an American Coot (*Fulica americana.*) (The use of a motor vehicle to rally or drive ducks towards hunters is prohibited by 50 C.F.R. § 20.21 (d)).  The coot was flying along the canal adjacent to the roadway. VEIT stopped the vehicle and his dog retrieved the bird.

21.  At approximately 3:40p.m., we departed the area enroute to Goodyear.  Upon arrival at Sportsmen's Wharehouse, SI Peebles paid VEIT a personal check in the amount of $300.00.  VEIT stated to me that he (VEIT) owed me a free hunt because we (VEIT and I) had not had very good luck on the previous hunts. SI Peebles then took photographs of the birds harvested during the days hunt. Before departing, VEIT gave me the American Coot that he had harvested as a gift. VEIT failed to tag the waterfowl as required by law. (50 C.F.R. § 20.40)

22. At approximately 4:15p.m., SI Peebles and I departed from VEIT.  I returned to the

Mesa, AZ, OLE to document and secure the evidence obtained during the hunt.

23. On May 10, 2007, SI Peebles issued VEIT tickets for the multiple Arizona Game and

Fish Violations documented during the hunt.

Curtis Bryant, Special Agent
United States Fish and Wildlife Service

Sworn to and subscribed before me

this 12th day of October , 2007

David K. Ducan
United States Magistrate Judge

13