IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America,<br>                Plaintiff, | )<br>)<br>) | DATE: 11/6/2007 |
| v. | )<br>) | No.  07-6265M |
| Randall James Veit,<br>                Defendant, | )<br>)<br>) | MINUTE ORDER |

      IT IS ORDERED setting this matter for Bench Trial on Monday, 12/17/2007, at 9:00 AM before Magistrate Judge Duncan, Courtroom 305, 401 W. Washington, Phoenix, Arizona 85003. All pretrial motions shall be filed by Friday, 11/16/2007. IT IS FURTHER ORDERED setting a Status Hearing re: Trial for Wednesday, 11/28/2007, at 1:30 PM before Magistrate Judge Duncan.

      IT IS FURTHER ORDERED reassigning this case to the Criminal docket for all future proceedings . All future pleadings and papers submitted for filing shall bear the following complete case number: CR 07-1211-PHX-DKD.

RICHARD H. WEARE, CLERK

  s/ M. Morgan
Michele Morgan
Deputy Clerk